## NO. 44996-A

| | | |
|---|---|---|
| DONYELLE TUTOR REEL,<br>APPELLANT | § | IN THE DISTRICT COURT |
| VS. | § | 188TH JUDICIAL DISTRICT |
| THE STATE OF TEXAS,<br>APPELLEE | § | GREGG COUNTY, TEXAS |

**FILED IN**
The Court of Appeals
Sixth District
**12/22/2015**
Texarkana, Texas
Debra K. Autrey, Clerk

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DONYELLE TUTOR REEL, who was Defendant in the numbered cause, by and through her counsel, EBB B. MOBLEY, the trial court having granted permission to appeal, and files this notice that she wishes to appeal from the conviction to the Sixth Court of Appeals on errors raised by written motion and ruled on before trial and on errors arising during and subsequent to trial.

Sentence was imposed on December 17, 2015, and this written Notice of Appeal is filed with the Clerk of this Court within 30 days of that date.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX   75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com


/s/  EBB B. MOBLEY
EBB B. MOBLEY
Attorney for Appellant
State Bar License # 14238000